No. 63649.—The Lee-Herrmann Co. *v.* United States, protest 59/10680 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.